IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nolan Gorney,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Safeway Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-23-01413-PHX-SHD<br><br>**VERDICT FORM #3** |

　　　We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do find in favor of Defendant Safeway Incorporated.

　　　Dated this __12th__ day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　　　__2__
　　　　　　　　　　　　　　　　　　　　　　　JUROR NUMBER