# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nolan Gorney, | **NO. CV-23-01413-PHX-SHD** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Safeway Incorporated, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 12, 2025, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

September 12, 2025

By  s/ Robert Vasquez
     Deputy Clerk